THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. PETER PALLUCH, Appellant.

*People* v. *Palluch*, 182 App. Div. 603, affirmed.
(Argued October 16, 1918; decided November 1, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1918, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a violation of the Liquor Tax Law in selling liquor, to wit, hard cider, without having paid a liquor tax and without having obtained and posted the required liquor tax certificate.

*A. S. Gilbert* and *Francis Gilbert* for appellant.

*Francis Martin, District Attorney (Charles B. McLaughlin* and *Peter A. Hatting* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and McLAUGHLIN, JJ. Absent: ANDREWS, J.